IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JAMES CURTIS and DINA CURTIS,

    Plaintiffs,                                    Case No

v                                            Division

METROPOLITAN CASUALTY INSURANCE        11   03645
COMPANY,

    Defendant                                            DIVISION B
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, JAMES CURTIS and DINA CURTIS, by and through their undersigned counsel, hereby sue Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY, and allege

1      This is an action for damages in excess of fifteen thousand dollars ($15,000) exclusive of interest, attorneys' fees and costs

2      At all times material hereto, Plaintiffs were and are the owners of that certain real property located at 12107 Pepper Creek Court, Riverview, Hillsborough County, Florida

3      On or about May 26, 2009, Plaintiffs renewed or procured a policy of homeowners insurance from Defendant covering the above-referenced real property, a copy of which is not attached but is in the possession of Defendant and has been requested

4      Plaintiffs have renewed said policy each and every year and have paid all premiums due thereunder

5      On or about April 24, 2010, while said policy was in full force and effect, Plaintiffs discovered damage to their home, including, but not limited to, progressive physical damage to the walls and floors of the residence

6      Plaintiffs have suffered direct physical damage to their home and property

7      The damage to Plaintiffs' home is caused by a covered peril under the policy

8. Plaintiffs are entitled to the full cost of repairs of the damage to their home including, but not limited to, remediation of subsurface conditions, restoration of the foundation, cosmetic repair, repairs of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject home and, if the home is not repairable within the applicable coverage limits, an amount equal to such limits for the total loss

9. Plaintiffs have made an application for insurance benefits under the policy, but Defendant has failed and refuses to pay all benefits to which Plaintiffs are entitled for their loss

10. All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met, or waived

11. Defendant has breached the policy of insurance by failing to pay all benefits due thereunder

12. Pursuant to section 627 707(5)(b), Florida Statutes, Defendant was required to develop a sinkhole remediation plan for the home "in consultation with the policyholder"

13. Defendant's engineering firm unilaterally recommended certain subsurface remedial measures, which, according to Plaintiffs' retained engineer, are structurally insufficient to properly and permanently repair and remediate the subsurface and foundation of the home

14. Pursuant to section 627 707(5)(b), Florida Statutes, "until the policyholder enters into a contract for the performance of building stabilization or foundation repairs," Defendant has no responsibility to pay for any amounts necessary to begin or perform the same

15. On or about February 16, 2011, Plaintiffs executed a contract for the performance of building stabilization and foundation repairs, subject to Defendant's authorization and approval A true and correct copy of the repair contract is attached hereto as **Exhibit "A"**

16. On or about February 23, 2011, Plaintiffs requested Defendant's authorization and approval of the contract

17. Defendant has failed/refused to authorize repairs

18  Defendant's refusal to authorize and approve the contract executed by Plaintiffs constitutes a breach of the policy

19  Due to Defendants refusal to pay all losses sustained by Plaintiffs, Plaintiffs have been required to retain the services of the undersigned counsel and are obligated to pay them a reasonable fee for their services

20  Plaintiffs are entitled to attorneys' fees pursuant to section 627 428, Florida Statutes

21  Defendant owes prejudgment interest, expert fees, costs, attorneys' fees, the cost of all structurally necessary repairs, and, if the home is not repairable within applicable coverage limits, an amount equal to such limits for the total loss

**WHEREFORE**, Plaintiffs demand judgment against Defendant for (i) all general and special damages including the full cost of repair or replacement of Plaintiffs' home, (ii) pre-judgment interest, (iii) Court costs, costs, expert fees and attorneys' fees pursuant to section 627 428, Florida Statutes

### DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues so triable

Dated this 16th day of March, 2011

KENNETH C THOMAS, JR , ESQUIRE
FBN 0624640
ALAN S MARSHALL, ESQUIRE
FBN 0356603
**MARSHALL THOMAS BURNETT, P L**
8824 Belagio Drive
Trinity, Florida 34655
Telephone    (727) 375-1000
Facsimile    (727) 376-3026
Attorneys for Plaintiffs





Mid Florida's Exclusive Dealer Of
The Country's Strongest Foundation Repair System



2/10/2011

"Exhibit A"



CFRS Project No. UG-11-844M-FTE



Installation Proposal for
Homeowners: Curtis
12107 Pepper Creek Court
Riverview, Florida 33579

Champion Foundation Repair Systems

8504 Adamo Drive  Suite 140-G  Tampa, Florida
813-622-6454 (Phone)   813-622-6614 (Fax)
State License # CRG-1328835



# SITE INSPECTION

Champion Foundation Repair was contacted to make a proposal for repair for **12107 Pepper Creek Court, Riverview, Florida** This bid for repair is based on the repair protocol set forth in the engineering report provided by **Geohazards** Dated August 2010 and peer review by **FTE** dated January 2011

We are proud to present this repair proposal for your review Our seamless integration with many of the Geotechnical firms repair recommendations allows us to attend to your foundation repair needs in a timely and efficient manner with a quality of service and professionalism that is rarely seen in the industry We at Champion Foundation Repair appreciate the opportunity to serve you and look forward working with you on this project



FTE has determined that in order to achieve property stabilization **Twenty-Nine (29)** Steel Piers shall be placed around the outside of the foundation, all piers shall be installed to an average depth of **Fifty-Five (55) feet** Geohazards has determined grout shall be used In **Twenty (20)** Grout Injection Points shall be installed and **FTE** has determined grout shall be used in **Twenty-One (21)** Grout Injection Points Grout materials shall be advanced to a depth of approximately **(1100-1155) lineal feet (Geohazards 1100 lineal feet while FTE says 1155 lineal feet)** and between **100-415** cubic yards of grout (**Geohazards 100-200** cubic yards, **and FTE 290-415** cubic yards)

Steel piers are installed on the structure by hydraulically advancing coupled steel pipe sections one after another until a competent load bearing strata (such as lime rock or other hardpan layer) is reached Champion has successfully lifted whole structures from just a fraction of an inch to up to nine (9) inch lifts



2/10/2011

- 2 -



# SCOPE OF WORK



The General scope of work is the support and stabilization of the structure's load bearing walls by transferring the weight of the structure off the weak or active soils and on to the steel piers. The specific scope of work consists of furnishing and installing The Titan HDP steel piers driven until competent load bearing strata is reached

**First,** the Installation points need to be excavated, cleaned and squared as to provide access to the footer. Excavations usually measure 3'x3'x3'. If these areas are covered by items that would be considered an obstruction they must be removed so that work may commence





**Second,** the foundation brackets shall be set in the excavation areas and squared preceding the installation of the steel pier sections. All brackets are checked by engineer's representative and crew chief as to maintain correct angle and placement of brackets to insure a perfectly driven pier



## SCOPE OF WORK

**Third,** after the foundation brackets are installed then each pier shall be individually driven using our patented hydraulic ram until load bearing strata has been achieved or vertical movement has been recorded  Our 4' guide sleeve shall be set in first so that the soil plug and pier sections may be "rifled" through it without eccentric loading that could cause the bracket to 'kick-out' during installation or excessive friction





**Fourth,** once all piers have been driven, and then pier lifting assemblies and hydraulic bottle jacks shall be fitted to the piers and used to stabilize or regain proscribed elevation as required by engineer  Note Champion strives for "Maximum Practical recovery" which means we do not always try to regain 100% elevation due to the damage that this may cause

**Fifth,** once all piers have been secured, all excavations will be backfilled to original grade  Plants or concrete cuts shall also be replaced at this time  The Champion crew will then proceed to clean the property in order to put it back in as near as original condition as possible by washing the walls, watering lawn, and testing pool and sprinkler systems to assure proper working condition



2/10/2011

- 4 -



# SCOPE OF WORK



Grout casing is installed by using a Beretta T-25 drill rig with a flow through rotary top head drive. The casing is advanced hydraulically through the soils until the limestone layer is reached. The casings are installed alternating between vertical and angled. Injection points that are angled will be placed at no more than a 5 degree angle.

If these areas are covered by concrete, plants, sheds, or other items that would be considered an obstruction they must be removed so that work may commence. Concrete and plants will be removed and replaced by Champion but owner must move other items such as sheds. Once all injection points are installed, the grouting process can begin.





Grout will be injected with a specially designed grout pump through the casing until a maximum pressure of 100 psi over line pressure is reached. The injection of the grout will be controlled by both volume and pressure while the casing is extracted on a semi-continuous basis to accomplish the engineer's objectives.



# COST OF SERVICES:

## Steel Piers

| Description | Quantity | Unit Price | Estimated Total |
|---|---|---|---|
| Mobilization | 1 | $4,320.00 | $4,320.00 |
| Engineering/Monitoring | 1 | To be paid by insurance | To be paid by insurance |
| Steel Piers | 29 | $1,475.00 | $42,775.00 |
| Additional Pier Sections (EST) | 116 | $155.00 | $17,980.00 |
| Concrete Cuts | 7 | $150.00 | $1,050.00 |
| Spreader Beams | 19 | $150.00 | $2,850.00 |

**ESTIMATED TOTAL FOR PIERS- $68,975.00**

This bid was calculated by taking the amounts and quantities of both reports from the lowest amount to the highest amount and providing a bid based on that. Champion in no way makes any interpretation as to which repairs are necessary or best.

This repair proposal is based upon the information from the geotechnical investigation already provided. If actual subsurface conditions do not correspond to the data obtained from the investigation then additional pier sections may be necessary to complete project at an additional cost.

INITIAL ___

2/10/2011

- 6 -



## COST OF SERVICES: GROUT

| Description | Quantity | Unit Price | Estimated Total |
|---|---|---|---|
| Mobilization | 1 | $2,500.00 | $2,500.00 |
| Engineering/Monitoring | 1 | Paid by Insurance | Paid by Insurance |
| Steel Casing | 1100-1155 Lineal feet | $18.00 per L F | $19,800.00-$20,790.00 |
| Compaction Grout | 100-415 Cubic Yards Est | $172.00 per C Y | $17,200.00-$71,380.00 |
| Demobilization | 1 | $2,500.00 | $2,500.00 |

**ESTIMATED TOTAL FOR GROUT- $42,000.00-$97,170.00**

### Estimated Total for Grout and Steel Pier: $110,975.00-$166,145.00

This bid was calculated by taking the amounts and quantities of both reports from the lowest amount to the highest amount and providing a bid based on that Champion in no way makes any interpretation as to which repairs are necessary or best This repair proposal is based upon the information from the geotechnical investigation already provided If actual subsurface conditions do not correspond to the data obtained from the investigation, then additional work may be necessary to complete project at an additional cost
Initial ___

- 7 -



# TERMS & CONDITIONS

## Access

A) Owner will be able to provide potable water access within 100 ft of work area (1 exterior spigot shall be sufficient)

B) Owner will be able to provide electrical service access (110 Volt/20 Amp) within 100 ft or work area (two exterior receptacles shall be sufficient)

C) Owner shall grant full access to exterior of property with no delays caused by others during regular work hours, Monday through Friday 8am-6pm

D) Any delay in our work due to homeowner not providing water or electrically outlet will result in a minimum fee of $500.00 a day, until homeowner provides such

E) Champion Foundation Repair shall remove and replace concrete that is covering the proposed pier placement area Unless specified by the Champion Crew, concrete shall be replaced to current grade and trowel finished

F) Champion Foundation repair shall remove any and all plants and shrubs up to 4" in diameter in order to install piers During relocation, plants shall be placed in soil removed from excavation and watered no less than three times per day Upon completion, plants shall be replaced as close to original position as possible Please note that while we take great care in the transplantation of the plants, we in no way take responsibility for them It seems that most plants do survive this process but some do whither If the owner wants to make 100% sure that said plants survive, he will have them removed before work is commenced

INITIAL _____

2/10/2011

- 8 -



# TERMS & CONDITIONS

## Exclusions

A) Champion Foundation shall not be responsible for any cosmetic damages (i e block cracks, tape separation, etc ) either before we commence work or after we are done There is always the possibility that new hairline cracks may open during the repair process but it is not common and the Champion Crew takes great care and Diligence not to cause existing damage to worsen or new damage to appear

B) Any other items of work not specifically included in this proposal, in writing, shall not be the responsibility of Champion foundation

C) Any previous failed repair methods that cause more than a 1 hour delay shall be removed and there shall be an additional charge of any equipment rentals required and $25 00 per man hour

D) Owner understands that in repairing current conditions, other conditions not previously apparent may become known Such consequences are beyond Champion Foundation's Control and Champion foundation assumes no liability Again, the Champion Crew will use their experience and knowledge to avoid or minimize these conditions

## Insurance

A) Champion Foundation shall provide insurance coverage in the amount of $3,000,000 00 for errors committed by Champion Foundation

INITIAL _____



# TERMS & CONDITIONS

### Payment

A) For mortgage companies, 100% payment of job shall be due 15 days net from installation completion date, unless other arrangements were made prior to commencement

B) All work paid by an insurance carrier shall be paid as follows 30% Before job is started, 30% upon job being 50% complete, 30% upon foundation Stabilization completion only, and remaining 10% when all other work and final engineering is complete Work will stop if payment is not received on schedule and will not resume until all payments are made current

C) Homeowner- 75% of total contract price is due immediately upon completion of foundation stabilization Any other work which is not related to the installation of the piers or helical is not considered foundation stabilization The remaining 25% is due immediately upon completion of entire job as stated in writing in this contract and delivery of final engineering & warranty

D) This bid is guaranteed for 30 days After 30 days all bids must be reevaluated and bid prices may change

E) Champion Foundation reserves any and all lien rights granted by the State of Florida It is understood the Client's property shall stand as collateral for all monies owed to Champion Foundation Repair systems If Champion Foundation Repair Systems is not paid within Forty-Five days (45) following the installation completion date, the following will occur, Client will be billed 1 ½% per month interest on the unpaid balance, the warranty will be voided, and Client shall be fully responsible for all costs of collection including reasonable attorneys fees and court costs Location for all legal actions shall be Hillsboro County, Florida

Initial 

2/10/2011



# TERMS & CONDITIONS

## Schedule

A) This scope of work shall be completed within Three (3) Weeks barring and unforeseen events, inclement weather, or Acts of God

B) Champion Foundation shall call "Sunshine State One Call" utility location service at least three (3) days prior to commencement One Call will send out a representative to spray paint locations of utilities in the yard to prevent accidental disconnection or breakage Champion is not responsible for any areas, which are not flagged by the utilities company or which were Installed without a permit Any areas not flagged or permitted are the responsibly of the home owner and Champion is in no way liable for the following, but not limited to any cables, electrical wiring, plumbing, Sprinklers and other pipes/wires installed not marked by One Call It remains the owner's responsibility to notify Champion Foundation about these items Adequate notification must be given before hand and must be in writing and signed by a Champion Foundation Repetitive Verbal notification is not adequate

## Warranty

A) This project shall be warranted for the period of thirty (30) years from date of installation

B) Warranty and R O L shall be issued only upon receipt of final payment

Initial 



# Piers - 30 Year Limited Warranty

A) Warranty is only valid upon receipt of final payment and Authorized Champion Foundation Repair Systems officer's signature _____

B) **30 Year Limited Warranty** - This warranty includes a 30 Year Limited Warranty against materials and workmanship concerning the bracket assembly and/or steel pilings. Champion Foundation Repair Systems agrees to repair or replace bracket assembly and/or steel piling should such repair or replacement become necessary for up to 30 years. This warranty is transferable to new owners should our client decide to sell the property.

C) **Elevation Adjustment Policy** – The Champion Foundation Repair Systems steel pier is designed to resist vertical settlement of load bearing structural beams under which they are installed. **5 Year Free Adjustment** – Should vertical adjustment become necessary on any pier because of vertical settlement Champion Foundation Repair Systems agrees to perform such service free of charge for the first Five (5) years after the completion of the work. Pro Rated 30 Year Adjustment Policy – Should any vertical settlement become necessary on any pier after the fifth year from the date of installation Champion Foundation Repair Systems shall not charge in excess of 15% of the previous year's average pier price for adjustment of existing piers.

**Limitations Exclusions Other Important Provisions of 30 Year Limited Warranty and Elevation Adjustment Policy**
The 30 Year Limited Warranty is limited only to steel piers with the limitations herein described only to repair or replacement of the work as performed by Champion Foundation Repair Systems and **SPECIFICALLY EXCLUDES ANY AND ALL CONSEQUENTIAL DAMAGES.** Champion Foundation Repair Systems shall not be responsible for damage caused by Owner or Owner's agents employees other contractors acts of God soil slippage earthquake hurricane windstorm sinkhole fire or other perils covered by the standard fire and extended coverage insurance policy riot civil commotion acts of terrorism or acts of public enemies. Improper surface drainage will void warranty. Champion Foundation Repair Systems will not be responsible for damage to driveways walkways lawns shrubs and items of personal property. Champion Foundation Repair Systems will not be responsible for any damages caused by pre-existing damage to the property. Areas not supported by Champion piers are specifically excluded under this warranty. Areas beyond two (2) feet of pier placement are not considered "supported" by Champion Foundation Repair Systems piers. The interior floor slab is not the responsibility of Champion Foundation Repair Systems. The Champion Limited Warranty does not cover "settlement" of the interior floor slab. Settlement of the interior floor slab can result from soil shrinkage from plumbing leaks trees lowering of water table.

2/10/2011

- 12 -



# HOMEOWNER/ INSURANCE / MORTGAGE WORK AUTHORIZATION

## SINKHOLE STABILIZATION

**Homeowners Curtis**
**12107 Pepper Creek Court**
**Riverview, Florida 33579**
**UG-11-844M-FTE**

In accordance with pages 1-16 of the above referenced proposal and its attached conditions this page shall represent the acceptance and agreement of all Terms and Conditions and Scope of Work descriptions contained therein This page and referenced proposal shall represent the only contract and/or agreement for this work and shall supersede any prior representations either expressed or implied

### Work Authorization

We the undersigned, hereby agree and authorize Champion Foundation Repair to commence the work of sinkhole stabilization on the above referenced residence Owner shall be shall be responsible for the labor services and/or materials performed and/or supplied by Champion Foundation Repair to the extent of the sum(s) owed to Champion Foundation Repair pursuant to this agreement The total sum due to Champion Foundation Repair pursuant to the terms of this agreement shall be based on Champion Foundation Repair's
final invoice

This repair contract is subject to the insurance carrier's approval/authorization

Accepted and Approved  _____
(Signatures) (All persons on deed must sign)

James S Curtis / Dixie M Curtis
(Print Name(s))

Insurance Approval  _____
Signature of Insurance Carrier

DATE _____

_____
(OWNER CHAMPION FOUNDATION REPAIR SYSTEMS)



# HOMEOWNER/ INSURANCE / MORTGAGE WORK AUTHORIZATION

## SINKHOLE STABILIZATION
### Homeowners. Curtis
### 12107 Pepper Creek Court
### Riverview, Florida 33579
### UG-11-844M-FTE

In accordance with pages 1 16 of the above referenced proposal and its attached conditions this page shall represent the acceptance and agreement of all Terms and Conditions and Scope of Work descriptions contained therein This page and referenced proposal shall represent the only contract and/or agreement for this work and shall supersede any prior representations either expressed or implied

**Work Authorization**

We the undersigned hereby agree and authorize Champion Foundation Repair to commence the work of sinkhole stabilization on the above referenced residence Owner shall be shall be responsible for the labor services and/or materials performed and/or supplied by Champion Foundation Repair to the extent of the sum(s) owed to Champion Foundation Repair pursuant to this agreement The total sum due to Champion Foundation Repair pursuant to the terms of this agreement shall be based on Champion Foundation Repair s final invoice

This repair contract is subject to the insurance carrier's approval/authorization

Accepted and Approved  _____
(Signatures) (All persons on deed must sign)

_____
(Print Name(s))

Insurance Approval

_____
Signature of Insurance Carrier

DATE _____

_____
(OWNER CHAMPION FOUNDATION REPAIR SYSTEMS)

- 17 -



# HOMEOWNER/ INSURANCE / MORTGAGE WORK AUTHORIZATION

## SINKHOLE STABILIZATION

**Homeowners Curtis**
**12107 Pepper Creek Court**
**Riverview, Florida 33579**
**UG-11-844M-FTE**

In accordance with pages 1-16 of the above referenced proposal and its attached conditions, this page shall represent the acceptance and agreement of all Terms and Conditions and Scope of Work descriptions contained therein. This page and referenced proposal shall represent the only contract and/or agreement for this work and shall supersede any prior representations either expressed or implied

**Work Authorization**

We the undersigned hereby agree and authorize Champion Foundation Repair to commence the work of sinkhole stabilization on the above referenced residence. Owner shall be shall be responsible for the labor services and/or materials performed and/or supplied by Champion Foundation Repair to the extent of the sum(s) owed to Champion Foundation Repair pursuant to this agreement. The total sum due to Champion Foundation Repair pursuant to the terms of this agreement shall be based on Champion Foundation Repair's
final invoice

This repair contract is subject to the insurance carrier's approval/authorization

Accepted and Approved _____
(Signatures) (All persons on deed must sign)

_____
(Print Name(s))

Insurance Approval

_____
Signature of Insurance Carrier

DATE _____

_____
(OWNER CHAMPION FOUNDATION REPAIR SYSTEMS)



# Addendum

a  Champion Foundation will be using a mini-excavator on site with ¾" plywood down so that we will not disturb the lawn All installation points inside pool areas will have to be done by small torque head and tension bar instead of mini-excavator

b  We will need Full Access to portion of property to be fixed, interior and exterior during lifting

c  If multiple bids are combined, then engineering, mobilization & Permitting shall be combined to only a single fee

d  Champion Foundation must inspect any sprinkler, plumbing & pump lines in work area BEFORE commencement

By Signing this document Home owner has read all pages of the above contract and agrees to the terms and conditions

_____  2/16/11
Homeowner                         Date

2/10/2011